UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| AM Stone & Cabinets, Inc.<br><br>　　　　　　　Plaintiffs,<br>　v.<br>United States,<br><br>　　　　　　　Defendant. | Court No. 24-00241 |

**Response to Motion to Stay**

On behalf of AM Stone & Cabinets, Inc. we hereby respond to Defendant United States' October 1, 2025 motion to stay the proceedings. Counsel for A.M. Stone was on international travel and thus received the request for consent to the motion to stay after the close of business and was not aware of the filing until after the filing of the motion. Plaintiff was not able to provide to the United States its views on consent prior to the filing. Plaintiff takes no position on the motion to stay and relies upon the discretion of the Court.

Respectfully submitted,

Dated: October 2, 2025

/s/ David J. Craven
David Craven
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 709-8506

*Counsel to Plaintiffs*