**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| AM STONE & CABINETS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Before: Mark A. Barnett, Chief Judge<br>Court No. 24-00241 |

**JUDGMENT**

This case having been duly submitted for decision, and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby:

**ORDERED** that the U.S. Department of Commerce's final results in the 2021–2023 administrative review of the antidumping duty order and the 2021–2022 administrative review of the countervailing duty order on certain quartz surface products from the People's Republic of China, *see Certain Quartz Surface Prods. From the People's Republic of China:* 89 Fed. Reg. 92,622 (Dep't Commerce Nov. 22, 2024) (final results of 2021–2023 antidumping duty and 2021–2022 countervailing duty admin. revs.), ECF No. 14-4, are **SUSTAINED**; and it is further

Court No. 24-00241                                                              Page 2


      **ORDERED** that the subject entries must be liquidated in accordance with the

final court decision, including all appeals, as provided for in section 516A(e) of the Tariff

Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2018).


                            /s/      Mark A. Barnett
                            Mark A. Barnett, Chief Judge

Dated: May 14, 2026
        New York, New York